AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

WILLIE WILLIAM ADAMS,

        Plaintiff,

                **v.**

CAPT. JONES, et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   CV 625-069

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Court's Order dated November 6, 2025, the Court adopts the Magistrate Judge's Report and Recommendation and dismisses this case.  This civil action stands closed.

| 11/6/2025 | John E. Triplett, Clerk of Court |
| --- | --- |
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |

GAS Rev 10/2020